1  William E. von Behren, State Bar No. 106642
   bvonbehren@vbhlaw.com
2  Carol B. Lewis, State Bar No. 130188
   CLewis@vbhlaw.com
3  VON BEHREN & HUNTER LLP
   2041 Rosecrans Avenue, Suite 367
4  El Segundo, CA 90245
   Telephone:  (310) 607-9111
5  Facsimile:  (310) 615-3006

6  Attorneys for Defendant
   BLUE CROSS AND BLUE SHIELD OF NORTH
7  CAROLINA

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11  ATON CENTER, INC., a California          Case No. 3:20-cv-00492-WQH-BGS
    corporation,
12                                           **JOINT MOTION TO DISMISS ENTIRE**
                   Plaintiff,                **ACTION WITH PREJUDICE**
13        v.

14  BLUE CROSS AND BLUE SHIELD OF
    NORTH CAROLINA, a corporation; and
15  DOES 1 through 10, inclusive,

16                 Defendant.

17

18        This Joint Motion is made by Plaintiff Aton Center, Inc. ("Plaintiff") and Defendant,

19  Blue Cross and Blue Shield of North Carolina (hereinafter "Defendant"), and is based upon

20  the following facts:

21        1.    The parties have completed the settlement of this Action, which requires

22  the parties to file a joint motion to dismiss the entire action with prejudice once the

23  settlement is completed.

24        2.    The parties agree, and jointly move that the above-entitled action shall be

25  dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure,

26  Rule 41(a)(1); and

27

28

3.  Each party shall bear their own costs and fees.

**IT IS SO STIPULATED**.

Dated:  April 5, 2022                     VON BEHREN & HUNTER LLP
                                          William E. von Behren
                                          Carol B. Lewis


                                          By:  */s/Carol B. Lewis*_____
                                               Carol B. Lewis
                                               Attorneys for Defendant
                                               BLUE CROSS AND BLUE SHIELD
                                               OF NORTH CAROLINA


Dated:  April 5, 2022                     LAW OFFICE OF JOHN W. TOWER
                                          John W. Tower


                                          By:  */s/ John W. Tower*_____
                                               John W. Tower
                                               Attorneys for Plaintiff
                                               ATON CENTER, INC.


### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies & Procedures Manual, I hereby certify that the content of this document is acceptable to John Tower, counsel for Plaintiff, Aton Center, Inc., and that on April 5, 2022, I obtained his authorization to affix his electronic signature to this document.

VON BEHREN & HUNTER LLP
2041 ROSECRANS AVENUE
EL SEGUNDO, CALIFORNIA 90245